UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONZALEZ, III,

    Plaintiff,

  v.

,

    Defendant.

Case No. 21-cv-01087-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff, a state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

**IT IS SO ORDERED.**

Dated: April 5, 2021

                                                          /s/ Phyllis J. Hamilton
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge

United States District Court
Northern District of California